IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KC BOWL, INC., )<br>)<br>　　Plaintiff, )<br>v. )<br>)<br>THE CINCINNATI INSURANCE )<br>COMPANY, )<br>)<br>　　Defendant. )<br>_____ ) | Case No. _____ |

**DEFENDANT THE CINCINNATI INSURANCE COMPANY'S NOTICE OF REMOVAL**

Defendant The Cincinnati Insurance Company ("Cincinnati"), by and through counsel, files this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) and D. Kan. Rule 81.1.

**I.　INTRODUCTION**.

1.　This lawsuit is an action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because this is a case between citizens of different states and the amount in controversy, excluding interest and costs, exceeds $75,000.

2.　Venue is proper in this Court under 28 U.S.C. § 1441(a) because the state court where the suit has been pending, the District Court of Wyandotte County, Kansas, is located in this district.

3.　On October 24, 2025, Plaintiff filed a Petition in the District Court of Wyandotte County, Kansas, titled *KC Bowl, Inc. v. Cincinnati Insurance Company*, Case No. WY-2025-CV-000882 (the "Underlying Petition"), bringing claims against Cincinnati for alleged breach of contract relating to certain property damage allegedly resulting from a storm that occurred on or about March 13, 2024 (the "Storm").

4. Before filing the Underlying Petition, Plaintiff submitted a claim to Cincinnati for damage to a building located on property addressed at 8201 State Ave., Kansas City, Kansas 66112, (the "Building"), to which Cincinnati assigned Claim No. 4278667 (the "Claim").

5. Allegations contained in the Underlying Petition occurred in Wyandotte County, Kansas.

6. Cincinnati was served with the Summons and Petition on November 13, 2025, through the Kansas Department of Insurance. Consistent with K.S.A. 40-218, Cincinnati must answer or otherwise respond to Plaintiff's Petition by December 23, 2025.

7. This Court is located in the district and the division serving the area where the Underlying Petition was filed pursuant to 28 U.S.C. § 1446(a).

8. Contemporaneous with this Notice of Removal and pursuant to 28 U.S.C. § 1446(a), Cincinnati provides as Exhibit A a copy of the docket sheet and copies of all "process, pleadings, and orders served" on Cincinnati with the Underlying Petition.

**II.   BASIS FOR REMOVAL**.

9. The date of service for the Petition is November 13, 2025. Therefore, this Notice of Removal is filed timely and within 30 days of Cincinnati's receipt of the Petition. *See* 28 U.S.C. § 1446(b).

**A.  Amount in Controversy**.

10. Pursuant to 28 U.S.C. § 1446(c), when removal of a civil action is sought on the basis of jurisdiction conferred by 28 U.S.C. § 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.

11. In the Underlying Petition, Plaintiff alleges breach of contract against Cincinnati regarding the Claim. Specifically, Plaintiff seeks a judgment and award from the District Court of

Wyandotte County, Kansas, in the amount of $771,042.99 in compensatory and consequential damages, pre-judgment interest, and statutory fees pursuant to K.S.A. § 40-908.

12. Because the amount in controversy exceeds $75,000, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

**B. Diversity of Citizenship**.

13. The Petition states that Plaintiff KC Bowl, Inc., is incorporated under the laws of Kansas and has its principal office located at 8201 State Ave., Kansas City, Kansas 66112. Therefore, for purposes of diversity jurisdiction, Plaintiff is domiciled in Kansas.

14. Plaintiff alleges that Cincinnati is an Ohio corporation with its principal place of business located at 6200 S. Gilmore Road, Fairfield, Ohio 45014. Plaintiff is correct, and Cincinnati is therefore domiciled in Ohio for purposes of diversity jurisdiction.

**III.    CONCLUSION**.

15. Because Plaintiff is domiciled in Kansas and Cincinnati is domiciled in Ohio, complete diversity of citizenship exists between the parties. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and the matter is removable to this Court pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. Cincinnati will promptly file a copy of this Notice of Removal with the clerk of the District Court of Wyandotte County, Kansas where the suit has been pending.

17. Plaintiff did demand a jury trial in the Underlying Petition.

WHEREFORE, for the reasons provided above, Defendant The Cincinnati Insurance Company hereby removes this action from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.

                                      **LITCHFIELD CAVO, LLP**

/s/ *Blaine P. Smith*

| | |
|---|---|
| Michael Brown | KS # 21313 |
| Blaine Smith | KS # 28997 |
| Chad Whitney | KS # 29617 |

10401 Holmes Road, Suite 220
Kansas City, MO 64131
816-648-1400
816-648-1401 Fax
brown@litchfieldcavo.com
smith@litchfieldcavo.com
whitney@litchfieldcavo.com
**ATTORNEYS FOR DEFENDANT THE CINCINNATI INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 24, 2025, the foregoing was filed via CM/ECF with the United States District Court for the District of Kansas which will send electronic notice to all registered users as follows:

Nathaniel K. Scearcy
Timothy L. Sifers
1901 W. 47th Pl., Ste. 200
Westwood, KS 66205
Phone: (816) 819-3880
Fax: (417) 530-1440
nate@sjplawfirm.com
tim@sjplawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Blaine P. Smith*
**ATTORNEY FOR DEFENDANT THE CINCINNATI INSURANCE COMPANY**